United States District Court
Northern District of California

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

EVA D. AL-ZAGHARI, et al.,
Plaintiffs,

v.

STATE OF CALIFORNIA, et al.,
Defendants.

Case No. 23-mc-80346-AMO

**ORDER DIRECTING CLERK NOT TO ACCEPT COMPLAINT**

Re: Dkt. No. 1

Plaintiffs Shirley V. Remmert and her daughter, Eva Al-Zaghari, seek to file a complaint against a variety of state and county entities and officials. ECF 1. Remmert and Al-Zaghari have been declared vexatious litigants and have been ordered not to "file in this or any other court any complaints, pleadings or other papers related to the matters raised in" *Al-Zaghari v. Al-Zaghari*, Case No. C01-2870 MHP (N.D. Cal.). *See* Case No. C01-2870, ECF 8 (Aug. 15, 2001) (Patel, C.J.). The vexatious litigant order bars these individuals "from filing any complaints, pleadings, or other papers without a prefiling order of the court regarding inter alia Eva's conservatorship, the restraining order barring plaintiff from contacting Eva, or the state court proceedings related to these issues." *Remmert v. Stauffer*, No. 19-cv-05803-HSG, 2019 WL 5963242, at *3 (N.D. Cal. Nov. 13, 2019), appeal dismissed, No. 19-17383, ECF 19 (9th Cir. July 17, 2020).

Since Judge Patel's vexatious litigants order, Remmert and Al-Zaghari have continued their attempts to file cases in this District. The filings have been either dismissed or have not been filed based on the vexatious litigants order. *See, e.g.*, *Remmert v. United States*, No. 22-mc-80103-JSC, 2022 WL 1304473, at *1 (N.D. Cal. May 2, 2022), appeal dismissed, No. 22-15897, 2022 WL 17586549 (9th Cir. Oct. 19, 2022); *Remmert v. Stauffer*, *supra*, 2019 WL 5963242, at *1 (dismissing case as barred by vexatious litigant order and listing sixteen prior cases or attempted

case filings); *Remmert v. U.S. Dep't of Hous. & Urban Affairs*, No. 21-mc-80006-TSH, ECF No. 3, report & recommendation adopted by No. 21-mc-80006-HSG, 2021 WL 869632 (N.D. Cal. Feb. 3, 2021) (directing clerk not to accept complaint for filing based on vexatious litigant order), appeal voluntarily dismissed; *Remmert v. United States*, No. 15-mc-80178-VC, ECF No. 2 (N.D. Cal. June 29, 2015) (same), aff'd, 670 F. App'x 584 (9th Cir. 2016).

The instant complaint alleges wrongdoing by the County of San Mateo and the courts of San Mateo County, among other defendants, related to Eva's conservatorship. It thus deals with issues related to the matters for which Remmert and Al-Zaghari were deemed vexatious by Judge Patel. Therefore, the instant action is barred by the vexatious litigants order.

Accordingly, the Clerk is directed not to accept the complaint for filing. The Court terminates as moot Al-Zaghari's proposed motion to proceed in forma pauperis. ECF 1-4. The Clerk shall close the file.

**IT IS SO ORDERED.**

Dated: December 29, 2023

**ARACELI MARTÍNEZ-OLGUÍN**
**United States District Judge**